**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03117-SKC

MD NAIM ISLAM,

Petitioner,

v.

JUAN BALTAZAR, Warden of Aurora ICE P.C.;
U.S. ATTORNEY GENERAL;
TODD LYONS, Director of ICE; and
DEPARTMENT OF HOMELAND SECURITY;

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 10 and 13) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that this case is closed.

DATED: July 30, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk